B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Riggs, Bobby G | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Riggs, Dawn D |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-7205 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-7989 |
| Street Address of Debtor (No. and Street, City, and State):<br>3046 E. 93rd St.<br>#3<br>Chicago, IL                        ZIP Code 60617 | Street Address of Joint Debtor (No. and Street, City, and State):<br>3046 E. 93rd St.<br>#3<br>Chicago, IL                        ZIP Code 60617 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Riggs, Bobby G<br>Riggs, Dawn D |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** /s/ Chau T. Nguyen      June 20, 2008<br>  Signature of Attorney for Debtor(s)     (Date)<br>  Chau T. Nguyen #6293470 |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Riggs, Bobby G <br> Riggs, Dawn D |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Bobby G Riggs
_____
Signature of Debtor  Bobby G Riggs

X  /s/ Dawn D Riggs
_____
Signature of Joint Debtor  Dawn D Riggs

_____
Telephone Number (If not represented by attorney)

June 20, 2008
_____
Date

### Signature of Attorney*

X  /s/ Chau T. Nguyen
_____
Signature of Attorney for Debtor(s)

Chau T. Nguyen #6293470
_____
Printed Name of Attorney for Debtor(s)

Legal Helpers, PC
_____
Firm Name
Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606
_____
Address

(312) 467-0004  Fax: (312) 467-1832
_____
Telephone Number

June 20, 2008
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X  _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     Bobby G Riggs,
          Dawn D Riggs

_____ ,
Debtors

Case No. _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,230.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 136,843.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,901.70 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,930.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| | | Total Assets | 3,230.00 | | |
| | | | Total Liabilities | 136,843.37 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bobby G Riggs,      Case No. _____
       Dawn D Riggs

_____ ,
                   Debtors        Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,901.70 |
| Average Expenses (from Schedule J, Line 18) | 2,930.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 781.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 136,843.37 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 136,843.37 |

B6A (Official Form 6A) (12/07)

.

In re    Bobby G Riggs,                                    Case No. _____

          Dawn D Riggs

_____ ,

                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

  __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    Bobby G Riggs,                                    Case No. _____
         Dawn D Riggs
                                              ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Manufacturers Bank | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit with Landlord | J | 450.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous used household goods | - | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books, tapes, CD's etc. | - | 30.00 |
| 6. Wearing apparel. | | Personal Used Clothing | - | 400.00 |
| 7. Furs and jewelry. | | Miscellaneous costume jewelry | - | 75.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        1,855.00
(Total of this page)

  2   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Bobby G Riggs,                                          Case No. _____
         Dawn D Riggs

_____ ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Bobby G Riggs,                                             Case No. _____
         Dawn D Riggs

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1990 Ford Aerostar 130,000 miles Value per NADA | - | 1,375.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 1,375.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 3,230.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    Bobby G Riggs,                 Case No. _____
        Dawn D Riggs

_____ ,
                           Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Manufacturers Bank | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Deposit with Landlord | 735 ILCS 5/12-1001(b) | 450.00 | 450.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous used household goods | 735 ILCS 5/12-1001(b) | 800.00 | 800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous books, tapes, CD's etc. | 735 ILCS 5/12-1001(b) | 30.00 | 30.00 |
| **Wearing Apparel** | | | |
| Personal Used Clothing | 735 ILCS 5/12-1001(a) | 400.00 | 400.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous costume jewelry | 735 ILCS 5/12-1001(b) | 75.00 | 75.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1990 Ford Aerostar | 735 ILCS 5/12-1001(c) | 2,400.00 | 1,375.00 |
| 130,000 miles | | | |
| Value per NADA | | | |

| | Total: | 4,255.00 | 3,230.00 |
|---|---|---:|---:|

  0   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Bobby G Riggs,                                                Case No. _____
         Dawn D Riggs,

                                    Debtors
# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__  continuation sheets attached

| | Subtotal (Total of this page) | | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   Bobby G Riggs,                                                    Case No. _____
        Dawn D Riggs,
_____
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                        0      continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Bobby G Riggs,                                                      Case No. _____
         Dawn D Riggs,
_____,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx-xx-7205<br><br>ACB American, INc<br>823 Scott St<br>Covington, KY 41011 | | J | | | 06<br>Collection for Bank of America<br>Notice Only | | | | 0.00 |
| Account No. xxx6905<br><br>ACI<br>2420 Sweet Home Rd<br>Suite 150<br>Buffalo, NY 14228-2244 | | J | | | 07<br>Collection for Marshall Fields<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Advanced Heart Group<br>PROVIDE ADDRESS | | J | | | 02<br>Medical Services | | | | 78.00 |
| Account No. xxxxx5394<br><br>Advocate South Suburban Hospital<br>17800 Kedzie Ave<br>Hazel Crest, IL 60429 | | J | | | 04<br>Medical Services | | | | 3,375.00 |

___23___  continuation sheets attached

Subtotal
(Total of this page)                                                              3,453.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                S/N:20274-080523    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,
         Dawn D Riggs                                             Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx-xx-7205 | | | | | 06 Collection Notice Only | | | | |
| Alliance One Receivables Mngt. 1684 Woodlands Dr. Ste. 150 Maumee, OH 43537 | | | J | | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | | | 06 Collection Notice Only | | | | |
| Allied Interstate 3000 Corporate Exchange Dr 5th Floor Columbus, OH 43231 | | | J | | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | | | 01 Collection Notice Only | | | | |
| American Coradius International 2420 Sweet Home Road ste 150 Buffalo, NY 14228-2244 | | | J | | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | | | 06 Collection Notice Only | | | | |
| American Medical Collection Agency 2269 Saw Mill River Rd. Bldg. 3 Elmsford, NY 10523 | | | J | | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | | | 04 Collection Notice Only | | | | |
| Ameriquest Mngmtn Srvs PROVIDE | | | J | | | | | | 0.00 |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Bobby G Riggs,                                              Case No. _____
        Dawn D Riggs

                                                            ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxx-xx-7205  AMO Recoveries 7535 NE Ambassador Place Suite B Portland, OR 97220 | | J | | 05 Collection Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205  Amoco PROVIDE | | J | | 98 Collection | | | | 1,536.00 |
| Account No. xxxx0843  Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | H | | Opened 3/29/07 Last Active 7/01/07 Notice Only; COLLECTION | | | | 0.00 |
| Account No. xxx-xx-7205  Asad Zaman MD 6700 167th Street Suite 4 Tinley Park, IL 60477 | | J | | 01 Medical Services | | | | 84.00 |
| Account No. xxxxxxxxxxxx1552  Aspen/fb&t 6 Concourse Pkwy,Fl 2/Ma Atlanta, GA 30328 | | H | | Opened 3/30/07 Last Active 7/03/07 CreditCard | | | | 302.00 |

Sheet no. __2__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    1,922.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Bobby G Riggs,                                        Case No. _____
        Dawn D Riggs
                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
| Account No. xxx-xx-7205 | | | | | 04 Collection Notice Only | | | | |
| Asset Acceptance PO Box 2036 Warren, MI 48090 | J | | | | | | | | 0.00 |
| Account No. xxxx3369 | | | | | Opened  1/13/05  Last Active  7/01/07 Collection for Primary Healthcare Assoc-#32 Notice Only | | | | |
| Asset Management Out 401 Pilot Ct Ste A Waukesha, WI 53188 | H | | | | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | | | 06 Medical Services | | | | |
| Associated Laboratory Physicians PROVIDE ADDRESS | J | | | | | | | | 434.00 |
| Account No. xxxx6959 | | | | | 07 Collection for WalMart Notice Only | | | | |
| Associated Recovery Systems PO Box 469046 Escondido, CA 92046 | J | | | | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | | | 99 Collection | | | | |
| Bank First 2600 W 49th St Sioux Falls, SD 57105-6575 | J | | | | | | | | 1,846.00 |

Sheet no. __3___ of __23__ sheets attached to Schedule of                    Subtotal            2,280.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Bobby G Riggs,                                              Case No. _____
          Dawn D Riggs

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0949<br><br>Bank of America<br>Nc4-105-03-14<br>4161 Peidmont Pwy<br>Greensboro, NC 27420 | | W | Opened 11/10/04  Last Active  8/04/05<br>CreditCard | | | | 6,740.00 |
| Account No. xxx1696<br><br>Blatt, Hassenmiller, Leibsker<br>& Moore<br>125 S. Wacker Suite 400<br>Chicago, IL 60606 | | J | 07<br>Collection for Providian, Chase & Capital One<br>Notice Only | | | | 0.00 |
| Account No. xx1149<br><br>Bowman, Heintz, Boscia and Vician<br>8605 Broadway<br>Merrillville, IN 46410 | | J | 07<br>Collection for Palisades<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Bud S. Ambulance<br>PROVIDE ADDRESS | | J | 01<br>Medical Services | | | | 412.00 |
| Account No. xxxxxxxx0789<br><br>Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | | H | Opened  4/24/01  Last Active  2/11/05<br>CreditCard<br>Judgments | | | | 7,222.00 |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     14,374.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                  Case No. _____

          Dawn D Riggs

                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3464<br><br>Capital Management Services<br>726 Exchange Street - Suite 700<br>Buffalo, NY 14210 | | J | 10/2007<br>NOTICE ONLY; COLLECTION for Bank of America, FDS Bank/Macy's Retail Holding, Inc. | | | | 0.00 |
| Account No. Gxx6391<br><br>Cardiac Consulting Group SC<br>4647 Lincoln Hwy<br>Matteson, IL 60443 | | J | 07<br>Medical Services | | | | 1,004.00 |
| Account No. xx3208<br><br>Cb Usa Inc<br>55252 Hohman Ave<br>Hammond, IN 46320 | | H | Opened 10/25/06  Last Active  1/01/07<br>Collection for Advanced Heart Group S.C.<br>Notice Only | | | | 0.00 |
| Account No. xxx9776<br><br>CCA<br>700 Longwater Drive<br>Norwell, MA 02061 | | H | Opened  5/24/05  Last Active  9/01/06<br>Collection for Trace Ambulance<br>Notice Only | | | | 0.00 |
| Account No. xxxxxxxx9003<br><br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | H | Opened  9/05/03  Last Active  7/09/05<br>CreditCard | | | | 902.00 |

Sheet no. __5__ of __23__ sheets attached to Schedule of            Subtotal

Creditors Holding Unsecured Nonpriority Claims           (Total of this page)      1,906.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Bobby G Riggs,   Case No. _____
         Dawn D Riggs

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx7004<br><br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668 | | J | 01<br>Utility | | | | 197.00 |
| Account No. x0545<br><br>Cpi- Joliet<br>P O Box 841<br>Joliet, IL 60436 | | H | Opened 8/22/06 Last Active 12/01/06<br>Collection for Surgical Consultants<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Delinquency Prevention Srvs<br>PROVIDE ADDRESS | | J | 01<br>Collection<br>Notice Only | | | | 0.00 |
| Account No. xxxxxxxx3261<br><br>Dependon Collection Se<br>120 W 22d St  Ste 360<br>Oakbrook, IL 60523 | | H | Opened 6/13/05 Last Active 7/01/07<br>Collection for South Suburban Gastroenterology<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Diversified Collection Services<br>3701 S Lindbergh Blvd<br>Suite 204<br>Saint Louis, MO 63127 | | J | 03<br>Collection<br>Notice Only | | | | 0.00 |

Sheet no. _6_ of _23_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   197.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                          Case No. _____
          Dawn D Riggs

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-7205<br><br>Doubleday Book Club<br>6550 E. 30th street<br>P.O. Box 6325<br>Indianapolis, IN 46206 | | J | | | 04<br>Collection | | | | 205.00 |
| Account No. xxx-xx-7205<br><br>Dr. David Ellens<br>PROVIDE ADDRESS | | J | | | 06<br>Medical Services | | | | 44.00 |
| Account No. xxx-xx-7205<br><br>Easy to Bake, Easy to Make<br>PROVIDE | | J | | | 03<br>Collection | | | | 121.00 |
| Account No. xxxxx7299<br><br>Figis Inc<br>3206 S Maple Ave<br>Marshfield, WI 54449 | | H | | | Opened 11/11/04<br>Unsecured | | | | 105.00 |
| Account No. LX2921<br><br>Financial Recovery Services Inc<br>PO Box 385908<br>Minneapolis, MN 55438 | | J | | | 10/2007<br>NOTICE ONLY; Collection | | | | 0.00 |

Sheet no. __7__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

475.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,
         Dawn D Riggs

                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx8140 | | | Opened  3/30/03  Last Active  8/08/04 CreditCard | | | | |
| First Premier Bank Attn: Correspondence Dept. Po Box 5524 Sioux Falls, SD 57117 | | H | | | | | 388.00 |
| Account No. xxxxxxxxxxx5651 | | | Opened  2/10/03  Last Active  9/13/04 CreditCard | | | | |
| Firts National Bank of Marin/Credit One 585 Pilot Rd Las Vegas, NV 89119 | | H | | | | | 1,167.00 |
| Account No. xxx4970 | | | 06 Collection Notice Only | | | | |
| FMS, Inc 4915 S Union Ave Tulsa, OK 74107 | | J | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | 06 Collection Notice Only | | | | |
| GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | J | | | | | 0.00 |
| Account No. xxxxxxxx1057 | | | Opened  9/01/89  Last Active  8/01/05 ChargeAccount | | | | |
| GEMB / Walmart Po Box 103106 Roswell, GA 30076 | | J | | | | | 831.00 |

Sheet no. __8__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,386.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                  Case No. _____

         Dawn D Riggs

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-7205<br><br>Grandma's Kitchen<br>PROVIDE | | J | 01<br>Collection | | | | 125.00 |
| Account No. xxx8525<br><br>Harris<br>600 W Jackson Suite 700<br>Chicago, IL 60661 | | H | Opened 5/01/05 Last Active 5/01/07<br>Collection for South Suburban Hosp<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Harvey Anesthesiologists SC<br>PROVIDE ADDRESS | | J | 06<br>Medical Services | | | | 1,731.00 |
| Account No. xxx-xx-7205<br><br>Healthcare Collection Services<br>PO Box 298<br>Norwell, MA 02061 | | J | 07<br>Collection<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Home Depot<br>PO Box 689100<br>Des Moines, IA 50368 | | J | 99<br>Credit Card | | | | 1,991.00 |

Sheet no. __9__ of __23__ sheets attached to Schedule of                  Subtotal

Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        3,847.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                                          Case No. _____
         Dawn D Riggs

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-7205  Horizon Healthcare Associates 2605 W Lincoln Hwy Suite 130 Olympia Fields, IL 60461 | | J | 04 Medical Services | | | | 66.00 |
| Account No. xxxxxxxxx1893  Household Mortgage Services Po Box 9068 Brandon, FL 33509 | | H | Opened 3/18/02 Last Active 9/13/04 Unsecured | | | | 4,292.00 |
| Account No. xxxxxxxxxxx1891  Hs/ecapitl Po Box 15524 Wilmington, DE 19850 | | W | Opened 1/25/04 Last Active 8/18/06 ChargeAccount | | | | 614.00 |
| Account No. xxxxxxxxxxxx0713  HSBC Nv/GM Card Hsbc Card Srvs    Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | H | Opened 4/28/02 Last Active 8/17/04 CreditCard | | | | 0.00 |
| Account No. xxx1247  ICS Collection Services P.O. Box 646 Oak Lawn, IL 60454 | | J | 10/2005 NOTICE ONLY; Collection | | | | 0.00 |

Sheet no. __10__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,972.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                        Case No. _____
         Dawn D Riggs

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxGxx6391<br><br>ID Specialists, LTD<br>PROVIDE ADDRESS | | J | 05<br>Medical Services | | | | 1,337.00 |
| Account No. xxx1247<br><br>Illinois Collection Se<br>3101 W 95th St<br>Evergreen Park, IL 60805 | | H | Opened 10/14/05<br>Collection for Bud S Ambulance<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL 60426 | | J | 04<br>Medical Services | | | | 58,122.00 |
| Account No. xxxxxxxx9308<br><br>Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL 60426 | | J | 05/2007<br>Medical | | | | 100.00 |
| Account No. xxxxxxxx1873<br><br>Ingalls Memorial Hospital<br>One Ingalls Drive<br>Harvey, IL 60426 | | J | 09/2007<br>Medical | | | | 573.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of          Subtotal          | 60,132.00
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                    Case No. _____
         Dawn D Riggs
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxx1371 | | | | 05/2007 Medical | | | | |
| Ingalls Memorial Hospital One Ingalls Drive Harvey, IL 60426 | | J | | | | | | 540.00 |
| Account No. xxx-xx-7205 | | | | 06 Medical Services | | | | |
| Jerry J. Itkonen MD PROVIDE ADDRESS | | J | | | | | | 176.00 |
| Account No. xxx-xx-7205 | | | | 05 Medical Services | | | | |
| Kumar Moolayil MD PROVIDE ADDRESS | | J | | | | | | 31.00 |
| Account No. xxx-xx-7205 | | | | 01 Collection | | | | |
| Law Office of Jacqueline Bostic PROVIDE ADDRESS | | J | | | | | | 1,846.00 |
| Account No. xxx-xx-7205 | | | | 07 Collection Notice Only | | | | |
| Law Office of Richard R Della Croce PROVIDE ADDRESS | | J | | | | | | 0.00 |

Sheet no. __12__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,593.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Bobby G Riggs,                                                    Case No. _____
          Dawn D Riggs
          _____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx7299<br><br>Law Offices of Mitchell N. Kay, P.C<br>PO Box 2374<br>Chicago, IL 60690 | | J | 07<br>Collection for Figi's<br>Notice Only | | | | 0.00 |
| Account No. xx-xx141-0<br><br>LVNV Funding<br>P.O Box 10497<br>Greenville, SC 29603 | | J | 08/2007<br>Loan | | | | 2,138.36 |
| Account No. xxx-xx-7205<br><br>ManorCare of Homewood<br>PROVIDE ADDRESS | | J | 04<br>Judgment | | | | 8,980.00 |
| Account No. xxxxxxx4807<br><br>Marshall Fields<br>PO Box 59231<br>Minneapolis, MN 55459 | | J | 00<br>Credit Card | | | | 1,111.00 |
| Account No. xxx-xx-7205<br><br>Maximum Recovery Solutions<br>PROVIDE | | J | 05<br>Collection<br>Notice Only | | | | 0.00 |

Sheet no. __13__ of __23__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          12,229.36

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Bobby G Riggs,                                    Case No. _____
       Dawn D Riggs

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxx9375 Medical Collections System 725 S Wells Ave Suite 501 Chicago, IL 60607 | | H | | | Opened 9/06/05 Last Active 1/01/07 Collection for Radiology Imaging Consultants Notice Only | | | | 0.00 |
| Account No. xxxxxxxx1405 Medical Recovery Specialists 2250 E. Devon Ave Des Plaines, IL 60016 | | | J | | 06 Collection for Ingalls Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205 Merchants' Credit Guide Co. 223 W. Jackson Blvd Chicago, IL 60606 | | | J | | 03 Medical Services | | | | 1,700.00 |
| Account No. xxx-xx-7205 Meyer & Njus 134 N LaSalle Suite 1840 Chicago, IL 60602 | | | J | | 05 Collection Notice Only | | | | 0.00 |
| Account No. xxxxxx4767 Michael S. Marinko MD 1551 Huntington Drive Calumet City, IL 60409 | | | J | | 07 Medical Services | | | | 245.00 |

Sheet no. __14__ of __23__ sheets attached to Schedule of          Subtotal          1,945.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,
       Dawn D Riggs

Case No. _____

                                            ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx3450 <br><br> Midland Credit Mgmt <br> 8875 Aero Dr   Ste 200 <br> San Diego, CA 92123 | | H | Opened 10/01/06 Last Active 7/01/07 <br> Collection for First National Bank Of Marin <br> Notice Only | | | | 0.00 |
| Account No. x5048 <br><br> Monroe Medical Associates <br> PROVIDE ADDRESS | | J | 03 <br> Medical Services | | | | 4,444.00 |
| Account No. xxx1607 <br><br> Mrsi <br> 2250 E Devon Ave Ste 352 <br> Des Plaines, IL 60018 | | H | Opened 5/03/05 <br> Collection for Ingalls Memorial Hospital - Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205 <br><br> NAFS <br> 165 Lawrence Bell DR ste 100 <br> Buffalo, NY 14221-7896 | | J | 07 <br> Collection for Sam's Club <br> Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205 <br><br> NCB Management Services Inc <br> PO Box 1099 <br> Langhorne, PA 19047 | | J | 05 <br> Collection <br> Notice Only | | | | 0.00 |

Sheet no. __15__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,444.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                    Case No. _____
         Dawn D Riggs
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx-xx-7205<br><br>NCO Financial<br>507 Prudential Rd.<br>Horsham, PA 19044 | | | J | | 07<br>Collection for Sam's<br>Notice Only | | | | 0.00 |
| Account No. xxxxxxxx5356<br><br>NES<br>29125 Solon Rd<br>Solon, OH 44139 | | | J | | 07<br>Collection for Bank of America<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>North Shore Agency Inc<br>751 Summa Ave<br>Westbury, NY 11590 | | | J | | 05<br>Collection<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Oliphant Financial Corporation<br>PROVIDE | | | J | | 07<br>Collection<br>Notice Only | | | | 0.00 |
| Account No. xxxxx8351<br><br>Oxmoor House<br>PO Box 11090<br>Des Moines, IA 50336-1090 | | | J | | 07<br>Collection | | | | 39.00 |

Sheet no. __16__ of __23__ sheets attached to Schedule of                                    Subtotal            39.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Bobby G Riggs,                                         Case No. _____
        Dawn D Riggs
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. PALxHOUSExxxx4711<br><br>Palisades Collections<br>210 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | | H | Opened  5/02/05<br>Judgment | | | | 4,955.00 |
| Account No. xxMx2143<br><br>Patrick J. Keane<br>416 S. 2nd Street<br>Geneva, IL 60134 | | J | 05<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Peach Direct<br>PROVIDE | | J | 98<br>Collection | | | | 267.00 |
| Account No. xxx-xx-7205<br><br>PFG of Minnesota<br>7825 Washington Ave<br>Suite 310<br>Minneapolis, MN 55439 | | J | 97<br>Utility | | | | 106.00 |
| Account No. xxxxxxxx6608<br><br>Pinnacle Management Services<br>514 Market Loop<br>Suite 103<br>Dundee, IL 60118 | | J | 07<br>Collection for Ingalls<br>Notice Only | | | | 0.00 |

Sheet no. __17__ of __23__ sheets attached to Schedule of                              Subtotal          5,328.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,
Dawn D Riggs

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx-xx-7205 <br><br> Primary Care Medical Specialists <br> 960 Rand Road <br> Suite 205 <br> Des Plaines, IL 60016 | | | J | 03 <br> Medical Services | | | | 2,277.00 |
| Account No. xxx-xx-7205 <br><br> Quality Wheelchair Transport <br> PROVIDE | | | J | 05 <br> Medical Services | | | | 45.00 |
| Account No. xxx-xx-7205 <br><br> Radiology Center SC <br> PROVIDE ADDRESS | | | J | 00 <br> Medical Services | | | | 46.00 |
| Account No. xx4148 <br><br> Radiology Imaging Consultants <br> 9413 Eagle Way <br> Chicago, IL 60678 | | | J | 06 <br> Medical Services | | | | 450.00 |
| Account No. Gxx6391 <br><br> Rehabilitation Specialists <br> PO Box 489 <br> Matteson, IL 60443-0489 | | | J | 05 <br> Medical Services | | | | 225.01 |

| | | |
|---|---|---|
| Sheet no. __18__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 3,043.01 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,
       Dawn D Riggs

Case No. _____

,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx6406<br><br>Resurgent Capital Service/Sherman Acquis<br>Po Box 10587<br>Greenville, SC 29603 | | W | Opened  3/19/07<br>Collection for Home Depot, Sam's Club, Walmart<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>Risk Management Alternatives<br>PO Box 105291<br>Atlanta, GA 30348 | | J | 07<br>Collection<br>Notice Only | | | | 0.00 |
| Account No. xxxxxxxx8110<br><br>Rnb-fields3<br>Attn: Marshall Fields/Macys<br>6356 Corley Rd<br>Norcross, GA 30071 | | J | Opened 10/15/02  Last Active  7/01/04<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxxxxx6577<br><br>Sams Club<br>Ge Consumer Finance<br>Po Box 103104<br>Roswell, GA 30076 | | W | Opened  8/07/02  Last Active  8/01/05<br>ChargeAccount | | | | 855.00 |
| Account No. xxGxx6391<br><br>Shankar Sanwalani & Associates<br>PROVIDE ADDRESS | | J | 05<br>Collection<br>Notice Only | | | | 0.00 |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

855.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                                        Case No. _____
         Dawn D Riggs

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx-xx-7205<br><br>South Suburban Gastroenterology<br>PROVIDE ADDRESS | | J | | 04<br>Medical Services | | | | 5,745.00 |
| Account No. xxx-xx-7205<br><br>South Suburban Hospital<br>PROVIDE ADDRESS | | J | | 03<br>Medical Services | | | | 0.00 |
| Account No. Gxx6391<br><br>South Suburuban Cardiology<br>4647 Lincoln Hwy<br>Matteson, IL 60443-2319 | | J | | 06<br>Medical Services | | | | 18.00 |
| Account No. xxx2702<br><br>SSH Anesthesia LLC<br>PROVIDE ADDRESS | | J | | 05<br>Medical Services | | | | 117.00 |
| Account No. xxx-xx-7205<br><br>Suburban Emergency Phys Group<br>PO Box 2729<br>Carol Stream, IL 60132 | | J | | 06<br>Medical Services | | | | 50.00 |

Sheet no. __20__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,930.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Bobby G Riggs,                                                Case No. _____
        Dawn D Riggs
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-7205<br><br>Superior Air Ground Amb Serv<br>PO Box 1407<br>Elmhurst, IL 60126 | | J | 04<br>Medical Services | | | | 160.00 |
| Account No. xxx-xx-7205<br><br>Surgical Consultants<br>PROVIDE ADDRESS | | J | 01<br>Medical Services | | | | 311.00 |
| Account No. xxxxxx7015<br><br>Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154 | | J | 07<br>Collection for Home Depot<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-7205<br><br>The Good Cook<br>PROVIDE | | J | 05<br>Collection | | | | 88.00 |
| Account No. xxx-xx-7205<br><br>Trace Ambulance Inc<br>PO Box 264<br>Bedford Park, IL 60499 | | J | 03<br>Medical Services | | | | 178.00 |

Sheet no. __21__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           737.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                               Case No. _____
         Dawn D Riggs
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-7205 | | | 05 Collection Notice Only | | | | |
| United Recovery Systems 5800 N Course Drive Houston, TX 77072 | | J | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | 05 Collection Notice Only | | | | |
| Van Ru Credit Corporation 10024 Skokie Blvd Suite 2 Skokie, IL 60077 | | J | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | 02 Medical Services | | | | |
| Vascular Surgery & Noninvasive Diag PROVIDE ADDRESS | | J | | | | | 12.00 |
| Account No. xxx-xx-7205 | | | 06 Collection Notice Only | | | | |
| Vicmine, Meeks Chaviz & Assoc PROVIDE | | J | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | 02 Collection Notice Only | | | | |
| Viking Collection Service 7500 Office Ridge Cir Eden Prairie, MN 55344 | | J | | | | | 0.00 |

Sheet no. __22__ of __23__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          12.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bobby G Riggs,                                          Case No. _____
         Dawn D Riggs
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. x2515 | | | J | 03 Collection | | | | |
| Virginia Credit & Finance PROVIDE | | | | | | | | 3,537.00 |
| Account No. xxxxxx2624 | | W | | Opened 4/21/03 Last Active 7/08/05 CreditCard | | | | |
| Washington Mutual / Providian Attn: Bankruptcy Dept Po Box 10467 Greenville, SC 29603 | | | | | | | | 0.00 |
| Account No. xxxxxx5779 | | W | | Opened 8/15/03 Last Active 8/05/05 ChargeAccount | | | | |
| Wffnatlbnk Po Box 94498 Las Vegas, NV 89193 | | | | | | | | 0.00 |
| Account No. xxx-xx-7205 | | | J | 03 Medical Services | | | | |
| Woodson Center for Adult Healthcare PROVIDE ADDRESS | | | | | | | | 207.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __23__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 3,744.00

Total (Report on Summary of Schedules) | 136,843.37

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Bobby G Riggs,                                                          Case No. _____
         Dawn D Riggs
                                                                    Debtors
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    Bobby G Riggs,                                  Case No. _____
        Dawn D Riggs

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Bobby G Riggs
Dawn D Riggs
3046 E. 93rd St.
#3
Chicago, IL 60617

AliedQuest MngmtLC Srvc
PROVIDE

Bank of First
2600 W 49th St
Sioux Falls, SD 57105-6575

Chau T. Nguyen
Legal Helpers, PC
Sears Tower
233 S. Wacker Suite 5150
Chicago, IL 60606

AMO Recoveries
7535 NE Ambassador Place
Suite B
Portland, OR 97220

Bank of America
Nc4-105-03-14
4161 Peidmont Pwy
Greensboro, NC 27420

ACB American, INc
823 Scott St
Covington, KY 41011

Amoco
PROVIDE

Blatt, Hassenmiller, Leibsker
& Moore
125 S. Wacker Suite 400
Chicago, IL 60606

ACI
2420 Sweet Home Rd
Suite 150
Buffalo, NY 14228-2244

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714

Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

Advanced Heart Group
PROVIDE ADDRESS

Asad Zaman MD
6700 167th Street
Suite 4
Tinley Park, IL 60477

Bowman, Heintz, Boscia and Vician
8605 Broadway
Merrillville, IN 46410

Advocate South Suburban Hospital
17800 Kedzie Ave
Hazel Crest, IL 60429

Aspen/fb&t
6 Concourse Pkwy,Fl 2/Ma
Atlanta, GA 30328

Bud S. Ambulance
PROVIDE ADDRESS

Alliance One Receivables Mngt.
1684 Woodlands Dr.
Ste. 150
Maumee, OH 43537

Asset Acceptance
PO Box 2036
Warren, MI 48090

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Allied Interstate
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231

Asset Management Out
401 Pilot Ct Ste A
Waukesha, WI 53188

Capital Management Services
726 Exchange Street - Suite 700
Buffalo, NY 14210

American Coradius International
2420 Sweet Home Road ste 150
Buffalo, NY 14228-2244

Associated Laboratory Physicians
PROVIDE ADDRESS

Cardiac Consulting Group SC
4647 Lincoln Hwy
Matteson, IL 60443

American Medical Collection Agency
2269 Saw Mill River Rd.
Bldg. 3
Elmsford, NY 10523

Associated Recovery Systems
PO Box 469046
Escondido, CA 92046

Cb Usa Inc
55252 Hohman Ave
Hammond, IN 46320

CCA
700 Longwater Drive
Norwell, MA 02061

Healthcare Collection Services
PO Box 298
Norwell, MA 02061

3200 S Maple Ave
Marshfield, WI 54449

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Financial Recovery Services Inc
PO Box 385908
Minneapolis, MN 55438

Home Depot
PO Box 689100
Des Moines, IA 50368

ComEd
Bill Payment Center
Chicago, IL 60668

First Premier Bank
Attn: Correspondence Dept.
Po Box 5524
Sioux Falls, SD 57117

Horizon Healthcare Associates
2605 W Lincoln Hwy
Suite 130
Olympia Fields, IL 60461

Cpi- Joliet
P O Box 841
Joliet, IL 60436

Firts National Bank of Marin/Credit One
585 Pilot Rd
Las Vegas, NV 89119

Household Mortgage Services
Po Box 9068
Brandon, FL 33509

Delinquency Prevention Srvs
PROVIDE ADDRESS

FMS, Inc
4915 S Union Ave
Tulsa, OK 74107

Hs/ecapitl
Po Box 15524
Wilmington, DE 19850

Dependon Collection Se
120 W 22d St  Ste 360
Oakbrook, IL 60523

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

HSBC Nv/GM Card
Hsbc Card Srvs     Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197

Diversified Collection Services
3701 S Lindbergh Blvd
Suite 204
Saint Louis, MO 63127

GEMB / Walmart
Po Box 103106
Roswell, GA 30076

ICS Collection Services
P.O. Box 646
Oak Lawn, IL 60454

Doubleday Book Club
6550 E. 30th street
P.O. Box 6325
Indianapolis, IN 46206

Grandma's Kitchen
PROVIDE

ID Specialists, LTD
PROVIDE ADDRESS

Dr. David Ellens
PROVIDE ADDRESS

Harris
600 W Jackson Suite 700
Chicago, IL 60661

Illinois Collection Se
3101 W 95th St
Evergreen Park, IL 60805

Easy to Bake, Easy to Make
PROVIDE

Harvey Anesthesiologists SC
PROVIDE ADDRESS

Ingalls Memorial Hospital
One Ingalls Drive
Harvey, IL 60426

Jerry J. Itkonen MD
PROVIDE ADDRESS

Medical Recovery Specialists
2250 E Devon Ave
Des Plaines, IL 60016

29125 Solon Rd
Solon, OH 44139

Kumar Moolayil MD
PROVIDE ADDRESS

Merchants' Credit Guide Co.
223 W. Jackson Blvd
Chicago, IL 60606

North Shore Agency Inc
751 Summa Ave
Westbury, NY 11590

Law Office of Jacqueline Bostic
PROVIDE ADDRESS

Meyer & Njus
134 N LaSalle
Suite 1840
Chicago, IL 60602

Oliphant Financial Corporation
PROVIDE

Law Office of Richard R Della Croce
PROVIDE ADDRESS

Michael S. Marinko MD
1551 Huntington Drive
Calumet City, IL 60409

Oxmoor House
PO Box 11090
Des Moines, IA 50336-1090

Law Offices of Mitchell N. Kay, P.C
PO Box 2374
Chicago, IL 60690

Midland Credit Mgmt
8875 Aero Dr   Ste 200
San Diego, CA 92123

Palisades Collections
210 Sylvan Avenue
Englewood Cliffs, NJ 07632

LVNV Funding
P.O Box 10497
Greenville, SC 29603

Monroe Medical Associates
PROVIDE ADDRESS

Patrick J. Keane
416 S. 2nd Street
Geneva, IL 60134

ManorCare of Homewood
PROVIDE ADDRESS

Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018

Peach Direct
PROVIDE

Marshall Fields
PO Box 59231
Minneapolis, MN 55459

NAFS
165 Lawrence Bell DR ste 100
Buffalo, NY 14221-7896

PFG of Minnesota
7825 Washington Ave
Suite 310
Minneapolis, MN 55439

Maximum Recovery Solutions
PROVIDE

NCB Management Services Inc
PO Box 1099
Langhorne, PA 19047

Pinnacle Management Services
514 Market Loop
Suite 103
Dundee, IL 60118

Medical Collections System
725 S Wells Ave
Suite 501
Chicago, IL 60607

NCO Financial
507 Prudential Rd.
Horsham, PA 19044

Primary Care Medical Specialists
960 Rand Road
Suite 205
Des Plaines, IL 60016

Quality Wheelchair Transport
PROVIDE

United Recovery Systems
5800 N Course Drive
Houston, TX 77072

Radiology Center SC
PROVIDE ADDRESS

South Suburban Hospital
PROVIDE ADDRESS

Van Ru Credit Corporation
10024 Skokie Blvd
Suite 2
Skokie, IL 60077

Radiology Imaging Consultants
9413 Eagle Way
Chicago, IL 60678

South Suburban Gastroenterology
PROVIDE ADDRESS

Vascular Surgery & Noninvasive D
PROVIDE ADDRESS

South Suburuban Cardiology
4647 Lincoln Hwy
Matteson, IL 60443-2319

Rehabilitation Specialists
PO Box 489
Matteson, IL 60443-0489

SSH Anesthesia LLC
PROVIDE ADDRESS

Vicmine, Meeks Chaviz & Assoc
PROVIDE

Resurgent Capital Service/Sherman Acquis
Po Box 10587
Greenville, SC 29603

Suburban Emergency Phys Group
PO Box 2729
Carol Stream, IL 60132

Viking Collection Service
7500 Office Ridge Cir
Eden Prairie, MN 55344

Risk Management Alternatives
PO Box 105291
Atlanta, GA 30348

Superior Air Ground Amb Serv
PO Box 1407
Elmhurst, IL 60126

Virginia Credit & Finance
PROVIDE

Rnb-fields3
Attn: Marshall Fields/Macys
6356 Corley Rd
Norcross, GA 30071

Surgical Consultants
PROVIDE ADDRESS

Washington Mutual / Providian
Attn: Bankruptcy Dept
Po Box 10467
Greenville, SC 29603

Sams Club
Ge Consumer Finance
Po Box 103104
Roswell, GA 30076

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154

Wffnatlbnk
Po Box 94498
Las Vegas, NV 89193

Shankar Sanwalani & Associates
PROVIDE ADDRESS

The Good Cook
PROVIDE

Woodson Center for Adult Healthca
PROVIDE ADDRESS

Shindler Ltd
1990 E Algonquin Rd
Suite 180
Schaumburg, IL 60173

Trace Ambulance Inc
PO Box 264
Bedford Park, IL 60499